UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chad M.,

    Plaintiff,

        v.                          Case No. 1:21cv682

Commissioner of Social Security
Administration,

    Defendant.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 22, 2024 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 16) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 16) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff's motion for an additional award of attorney fees under 42 U.S.C. §406(b) (Doc. 12) is **GRANTED**, subject to the following condition: the award of $10,000.00 shall be offset by the sum of $2,781.80 previously paid to counsel for the same work under the EAJA. Therefore, the total award under 42 U.S.C. § 406(b) payable to counsel equals $7,218.20. Plaintiff's counsel is reminded of her future obligation to fully comply with

1

Local Rule 54.2 when seeking attorney's fees in social security cases in this district.

**IT IS SO ORDERED.**

    *s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court